# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK OCEAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OM'MAS KEITH p/k/a Om'Mas; THE ANALOG GENIUS CORPORATION, a New York corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>OM'MAS KEITH p/k/a Om'Mas, an individual; THE ANALOG GENIUS CORPORATION, a New York corporation,<br><br>　　　　　Counter-Claimants,<br><br>　　v.<br><br>FRANK OCEAN, an individual,<br><br>　　　　　Counter-Defendant.<br>_____ | CASE NO. 2:18-cv-01383-SVW (MRW)<br><br>**ORDER DENYING STIPULATION OF THE PARTIES TO CONTINUE TRIAL DATE AND OTHER ASSOCIATED DATES TO PERMIT PARTIES TO CONDUCT FURTHER DISCOVERY AND PARTICIPATE IN MEDIATION** |

1    Upon full consideration of the Stipulation of Plaintiff and Counter-Defendant
2  FRANK OCEAN and Defendants and Counter-Claimants Om'Mas Keith p/k/a Om'Mas
3  and The Analog Genius Corporation to Continue Trial Date and Other Associated Dates
4  to Permit Parties to Conduct Further Discovery and Participate in Mediation, IT IS
5  HEREBY ORDERED THAT the Parties' Stipulation is GRANTED as follows:
6    The trial date, which is currently set for December 4, 2018, is hereby continued
7  until _____, 2019; and
8    All associated pretrial deadlines are hereby continued based on the new trial date.

**DENIED BY ORDER OF THE COURT**

10  **IT IS SO ORDERED.**

12  DATED: October 18, 2018

    _____
13           Hon. Stephen V. Wilson
         UNITED STATES DISTRICT JUDGE

– 2 –

[Proposed] Order