1  Edwin F. McPherson – State Bar No. 106084
   emcpherson@mcphersonrane.com
2  Tracy B. Rane – State Bar No. 192959
   trane@mcphersonrane.com
3  **McPHERSON RANE LLP**
   1801 Century Park East
4  24th Floor
   Los Angeles, CA 90067
5  Tel:(310)553-8833
   Fax:(310)553-9233
6
   Attorneys for Plaintiff and Counter-Defendant FRANK OCEAN
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  FRANK OCEAN, an individual,              )  CASE NO. 2:18-cv-01383-SVW (MRW)
                                             )
12              Plaintiff,                   )
                                             )  **(1)  EX PARTE APPLICATION OF
13       v.                                  )       PLAINTIFF AND COUNTER-
                                             )       DEFENDANT FRANK OCEAN
14  OM'MAS KEITH p/k/a Om'Mas; THE           )       FOR RECONSIDERATION OF
    ANALOG GENIUS CORPORATION, a             )       DENIAL OF STIPULATION
15  New York corporation; and DOES 1         )       OF THE PARTIES TO
    through 10, inclusive,                   )       CONTINUE TRIAL DATE
16                                           )       AND OTHER ASSOCIATED
                Defendants.                  )       DATES TO PERMIT PARTIES
17  _____ )       TO CONDUCT FURTHER
                                             )       DISCOVERY AND
18  OM'MAS KEITH p/k/a Om'Mas, an            )       PARTICIPATE IN
    individual; THE ANALOG GENIUS            )       MEDIATION
19  CORPORATION, a New York                  )
    corporation,                             )  **(2)  MEMORANDUM OF POINTS
20                                           )       AND AUTHORITIES**
                Counter-Claimants,           )
21                                           )  **(3)  DECLARATION OF EDWIN F.
         v.                                  )       McPHERSON**
22                                           )
    FRANK OCEAN, an individual,              )  **(4)  DECLARATION OF TRACY B.
23                                           )       RANE**
                Counter-Defendant.           )
24  _____ )

25

26

27

28

– 1 –

1    TO THE HON. STEPHEN V. WILSON OF THE UNITED STATES DISTRICT

2    COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3    Plaintiff and Counter-Defendant FRANK OCEAN (hereinafter "Ocean") hereby

4    respectfully submits this Ex Parte Application For Reconsideration Of Denial Of The

5    Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To

6    Permit Parties To Conduct Further Discovery And Participate In Mediation (hereinafter

7    "Stipulation To Continue").  This Application is based upon good cause.  Since the date

8    on which the Parties filed the Stipulation To Continue, the mother of lead counsel for

9    Ocean, Edwin F. McPherson, was diagnosed with cancer, for which she requires

10   immediate surgery.  A continuance of the trial and discovery cut-off dates will provide

11   counsel for Ocean with the requisite time needed to prepare for trial in light of this new

12   development.

13   This Application is made subsequent to notifying counsel for Defendants and

14   Counter-Claimants Om'Mas Keith p/k/a Om'Mas and The Analog Genius Corporation

15   (hereinafter "Defendants"), Corey Boddie of Corey Boddie and Associates, of this Ex

16   Parte Application.  Mr. Boddie's phone number is (310) 873-3722, and his address is

17   10940 Wilshire Boulevard, Suite 1600, Los Angeles, CA 90024.  Mr. Boddie's e-mail

18   address is corey@boddieassoc.com.  Mr. Boddie has stated that Defendants do not

19   oppose Ocean's Ex Parte Application.

20   This Application is based on this Notice, the Memorandum of Points and

21   Authorities, the Declarations of Edwin F. McPherson and Tracy B. Rane, and the

22   pleadings and papers on file in this action of which this Court is requested to take

23

24

25

26   ///

27   ///

28   ///

1    judicial notice, and such oral and documentary evidence as may be presented at any

2    time.

3

4    Dated: October 22, 2018                    Edwin F. McPherson
                                                  Tracy B. Rane
5                                                 **McPHERSON RANE LLP**

6

7                                                 By:___/s/ Edwin F. McPherson___
                                                      EDWIN F. McPHERSON
8                                                     Attorneys for Plaintiff and
                                                      Counter-Defendant
9                                                     FRANK OCEAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

#### A.    PREFATORY STATEMENT

This Ex Parte Application for Reconsideration Of Denial Of The Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation (hereinafter "Stipulation To Continue") of Plaintiff and Counter-Defendant Frank Ocean (hereinafter "Ocean") is based on good cause.  Since the date on which the parties filed the Stipulation To Continue, the mother of lead counsel for Ocean was diagnosed with cancer, which requires her to undergo immediate surgery (and possibly multiple surgeries).

In light of this new development, and because lead counsel for Ocean is the only person who can care for his mother during this time, good cause exists to reconsider the prior Order by this Court, which denied the Parties' Stipulation To Continue.  This is because, absent a continuance, it will be impossible to prepare for and proceed to a December 4, 2018 trial, while lead counsel for Ocean is unavailable and caring for his mother.

Because a continuance of the trial date and all attendant dates will provide Ocean with the requisite time needed to prepare for and proceed to trial in light of this new development, Ocean respectfully requests this Court to grant this Ex Parte Application for Reconsideration Of Denial Of The Stipulation To Continue.

#### B.    STATEMENT OF FACTS

##### 1.    The Stipulation Filed By The Parties And This Court's Order Of October 19, 2018

On October 12, 2018, the Parties filed a Stipulation To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation.  See Dkt. No. 27.  This Court denied the Stipulation To Continue on October 19, 2018.  See Dkt. No. 28.

## 2. The New Developments That Warrant Reconsideration Of This Court's Prior Denial Of The Request For A Continuance

Since the filing of the Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation on October 12, 2018, Edwin F. McPherson's (hereinafter "McPherson") mother was diagnosed with cancer, and needs to undergo immediate surgery. Declaration of Edwin F. McPherson (hereinafter "McPherson Decl."), ¶¶2-3.  It is possible that she may need more than one surgery.  Id., ¶2.

McPherson is lead counsel for Ocean.  McPherson Decl., ¶1. McPherson is the only person who can assist his mother during this time.  McPherson Decl., ¶¶1 and 3. McPherson's mother who is 84 years old, and will be 85 next month, lives alone, does not have a husband, and has no children other than McPherson.  McPherson Decl., ¶3. Additionally, McPherson does not have anybody else to help him take care of his mother.  Id.

It is anticipated that McPherson's mother will require a substantial amount of care through her surgery and the other surgeries if they become necessary, and McPherson is the only one that can give her that care.  McPherson Decl., ¶4.

McPherson Rane LLP is a very small law firm, with only three full time attorneys at the firm.  McPherson Decl., ¶5. Tracy Rane is the only other attorney at McPherson Rane LLP that knows anything about this case.  It will be physically impossible for Ms. Rane and McPherson to do everything that has to be done in this case to proceed to trial by December 4, while McPherson is taking care of his mother.  Id.

A continuance of the trial date in this matter to February 26, 2019, along with all attendant dates, will provide counsel for Ocean with the requisite time needed to prepare for trial, in light of the new developments concerning the health of McPherson's mother. McPherson Decl., ¶6.

///
///

Ex Parte Application

### 3.      Proper Ex Parte Notice Was Provided

On October 21, 2018, counsel for Ocean sent an e-mail to counsel for Defendants, which stated that, since the date of the filing of the Stipulation Of The Parties To Continue on October 12, 2018, lead counsel for Ocean discovered that his mother was ill and needed immediate surgery.  <u>See</u> Declaration of Tracy B. Rane (hereinafter "Rane Decl."), ¶2.  Counsel for Ocean also notified counsel for Defendants that given this new development, Ocean would file an Ex Parte Application for Reconsideration of the Court's Order Denying the Stipulation to Continue on October 22, 2018.  <u>Id.</u>

Counsel for Defendants stated that Defendants did not oppose Ocean's Ex Parte Application.  Rane Decl., ¶3, Exh. "A."

## II.  <u>DISCUSSION</u>

Pursuant to Federal Rule of Civil Procedure 6(b), on a showing of good cause, this Court may sign an ex parte order extending the time within which any act is required or allowed to be done.  <u>See</u> Fed. R. Civ. P. 6(b).

This Ex Parte Application is based on good cause.  Although the Parties previously sought a continuance of the trial date and all attendant dates on October 12, 2018, since filing the Stipulation To Continue, the mother of lead counsel for Ocean, has been diagnosed with cancer, and must undergo immediate surgery (and possible multiple surgeries).  <u>See</u> McPherson Decl., ¶¶3 to 5.  In light of the fact that McPherson is the only person who can provide care for his mother during this time, coupled with the fact that McPherson Rane LLP is a very small law firm, with only three full time attorneys at the firm, it will be physically impossible to prepare for a December 4, 2018 trial, while McPherson is taking care of his mother.  <u>Id.</u>  Accordingly, good cause exists to continue the trial date and all attendant pretrial dates.

Therefore, Ocean respectfully requests this Court to Reconsider the Denial of the Parties' Stipulation To Continue, and to continue the trial date in this matter until February 26, 2019, and to continue all attendant pretrial dates.

### III.  CONCLUSION

For all of the foregoing reasons, and on good cause shown, Ocean respectfully requests that the Court grant Ocean's Ex Parte Application For Reconsideration Of Denial Of The Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation, and to continue the trial date and all attendant pretrial deadlines.

Dated: October 22, 2018

Edwin F. McPherson
Tracy B. Rane
**McPHERSON RANE LLP**


By:  /s/ Edwin F. McPherson
EDWIN F. McPHERSON
Attorneys for Plaintiff and
Counterdefendant
FRANK OCEAN

– 7 –

## DECLARATION OF EDWIN F. McPHERSON

1.     I am the lead trial attorney in this case for Plaintiff and Counter-Defendant Frank Ocean. I have personal knowledge of the facts set forth herein and, if called upon to testify thereto, could and would competently do so.

2.     Since the filing of the Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation, my mother has been diagnosed with cancer, for which she needs immediate surgery.  In fact, she may very well need more than one surgery.

3.     My mother is 84 years old, and will be 85 next month.  She lives alone, and does not have a husband or anyone other than me to take care of her.  She does not have any children except for me, and I have nobody else to help me take care of her.

4.     I anticipate that my mother will require a substantial amount of care through her surgery and the other surgeries if they become necessary, and I am the only one that can give her that care.

5.     McPherson Rane LLP is a very small law firm, with only three full time attorneys at the firm.  Tracy Rane is the only other attorney at my firm that knows anything about this case.  It will be physically impossible for Ms. Rane and I to do everything that we have to do in this case to proceed to trial by December 4, while I am taking care of my mother.

6.     I most respectfully request this Court to reconsider its previous denial of the parties Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation, and to continue the trial in this matter to February 26 2019, along with all attendant dates, which will provide Ocean with the requisite time needed to prepare for trial, in light of

///

///

///

///

1    the new developments concerning my mother's health.

2         I declare under penalty of perjury, under the laws of the United States, that the

3    foregoing is true and correct.

4         Executed this 22nd day of October, 2018, at Los Angeles, California.

5

6                                         */s/ Edwin F. McPherson*
                                          EDWIN F. McPHERSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application

## <u>DECLARATION OF TRACY B. RANE</u>

I, TRACY B. RANE, declare as follows:

1.      I am an attorney at law, duly licensed to practice before this court and all of the courts of the State of California, and I am one of the counsel of record for Plaintiff and Counterdefendant Frank Ocean. I have personal knowledge of the facts set forth herein and, if called upon to testify thereto, could and would competently do so.

2.      On October 21, 2018, I sent an e-mail to Corey Boddie, counsel for Defendants and Counterclaimants Om'Mas Keith and The Analog Genius Corporation, in which I notified Mr. Boddie that since the date of the filing of the  Stipulation Of The Parties To Continue Trial Date And Other Associated Dates To Permit Parties To Conduct Further Discovery And Participate In Mediation (hereinafter "Stipulation To Continue"), Mr. McPherson discovered that his mother was ill and needed immediate surgery, and therefore, we intended to file an Ex Parte Application for Reconsideration of the Court's Order Denying the Stipulation to Continue.

3.      On October 21, 2018, Mr. Boddie sent me an e-mail in which he stated that he did not oppose Ocean's Ex Parte Application.  Attached hereto as Exhibit "A," and incorporated herein as though set forth in full, is a true and correct copy of the e-mail that I sent to Mr. Boddie on October 21, 2018, and Mr. Boddie's response to my e-mail.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 22nd day of October, 2018, at Los Angeles, California.

*/s/ Tracy B. Rane*

TRACY B. RANE

# EXHIBIT "A"

**From:** Corey D. Boddie, Esq. <corey@boddieassoc.com>
**Sent:** Sunday, October 21, 2018 11:15 PM
**To:** Tracy Rane <trane@mcphersonrane.com>
**Subject:** Re: FW: Ocean v. Om'Mas

Thanks Tracy. Im sorry to hear about Ed's mother. I do not oppose the filing of the ex parte reconsideration of the denial. I will inquire with my client if he wants add to the motion. I will let you know before noon tomorrow.
On Oct 21, 2018, at 10:32 PM, Tracy Rane <trane@mcphersonrane.com> wrote:

**From:** Tracy Rane
**Sent:** Sunday, October 21, 2018 10:31 PM
**To:** Corey D. Boddie, Esq. <corey@boddieassoc.com>
**Subject:** Ocean v. Om'Mas
**Importance:** High

Hi Corey:  I hope that you are having a nice weekend.  As you know, on Friday, Judge Wilson denied our Stipulation for a continuance of the trial.  Unfortunately, since the date on which we filed the stipulation, Ed discovered that his mother is ill, and she needs to go in for surgery tomorrow.  We are going to file an ex parte for reconsideration of the denial of our stipulation requesting a 60-day continuance, along with a declaration concerning his mother's health issues.  I am assuming that you do not oppose the ex parte in light of the fact that the parties previously filed a stipulation for the extension, but please confirm.  Also, if there are any extenuating circumstances on your end or your client's end that you would like us to add to the ex parte that we intend to file tomorrow, please let me know.
Best,
-Tracy

**EXH. "A"**

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on October 22, 2018, I electronically filed the foregoing:

3  **(1) EX PARTE APPLICATION OF PLAINTIFF AND COUNTER-DEFENDANT**

4  **FRANK OCEAN FOR RECONSIDERATION OF DENIAL OF STIPULATION**

5  **OF THE PARTIES TO CONTINUE TRIAL DATE AND OTHER ASSOCIATED**

6  **DATES TO PERMIT PARTIES TO CONDUCT FURTHER DISCOVERY AND**

7  **PARTICIPATE IN MEDIATION; (2) MEMORANDUM OF POINTS AND**

8  **AUTHORITIES; (3) DECLARATION OF EDWIN F. McPHERSON**;

9  **(4) DECLARATION OF TRACY B. RANE** with the Clerk of the Court by using the

10  CM/ECF system.  I certify that all counsel of record in the case are registered CM/ECF

11  users and service will be accomplished by the CM/ECF system.

12

13      /S/ RAFFAELLA CESANA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application