UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-01383-SVW-MRW | Date | October 24, 2018 |
|---|---|---|---|
| Title | Frank Ocean v. Om Mas Keith et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edwin F. McPherson | Joseph E. Porter, III |
| Tracy B. Rane | |

**Proceedings:**   [29] Ex Parte Application for Reconsideration

The application is granted. The jury trial is continued to February 26, 2019 at 9:00 a.m., with a pretrial conference set for February 11, 2019 at 3:00 p.m.

: 30

Initials of Preparer   PMC