JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK OCEAN, an individual, | CASE NO. 2:18-cv-01383-SVW (MRW) |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| OM'MAS KEITH p/k/a Om'Mas; THE ANALOG GENIUS CORPORATION, a New York corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: April 20, 2018 |
| OM'MAS KEITH p/k/a Om'Mas, an individual; THE ANALOG GENIUS CORPORATION, a New York corporation, | |
| Counter-Claimants, | |
| v. | |
| FRANK OCEAN, an individual, | |
| Counter-Defendant. | |

///

///

1   Pursuant to the parties' "Joint Stipulation for Dismissal of Action With Prejudice," and
2   good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced
3   action be and is hereby dismissed in its entirety, with prejudice.  Each party shall bear his or
4   its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 25, 2019

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE